FILED

AUG 18 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Judge Kness** |
| | ) | No. 20 CR 394 |
| v. | ) | **Magistrate Judge Jantz** |
| | ) | Violation: Title 18, United States |
| DARRYL COLLINS | ) | Code, Sections 922(g)(1) and 924(e) |
| | ) | |

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about July 22, 2020, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

DARRYL COLLINS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, namely, one 9 millimeter expended cartridge casing of Federal Cartridge Co. ammunition, six 9 millimeter cartridges of Companhia Brasileira de Cartuchos ammunition, one 9 millimeter cartridge of Gustav Genschow & Co. ammunition, two 9 millimeter cartridges of CCI/Speer Operations ammunition, and three 9 millimeter cartridges of Herter's Inc. ammunition, which ammunition had traveled in interstate and foreign commerce prior to defendant's possession of the ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

# FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g) and 924(e), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to: one 9 millimeter expended cartridge casing of Federal Cartridge Co. ammunition, six 9 millimeter cartridges of Companhia Brasileira de Cartuchos ammunition, one 9 millimeter cartridge of Gustav Genschow & Co. ammunition, two 9 millimeter cartridges of CCI/Speer Operations ammunition, three 9 millimeter cartridges of Herter's Inc. ammunition, and a 9 millimeter P80 semi-automatic handgun and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY