
FILED AK
8/8/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20 CR 394 |
| v. | ) | |
| | ) | Violation: Title 18, United States Code, Sections 922(g)(1) and 924(e) |
| DARRYL COLLINS | ) | |
| | ) | **Superseding Indictment** |

1:20-cr-00394
Judge John F. Kness
Magistrate Judge Beth W. Jantz

The SPECIAL MAY 2022 GRAND JURY charges:

1. On or about July 22, 2020, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

DARRYL COLLINS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, namely, one 9 millimeter expended cartridge casing of Federal Cartridge Co. ammunition, six 9 millimeter cartridges of Companhia Brasileira de Cartuchos ammunition, one 9 millimeter cartridge of Gustav Genschow & Co. ammunition, two 9 millimeter cartridges of CCI/Speer Operations ammunition, and three 9 millimeter cartridges of Herter's Inc. ammunition, which ammunition had traveled in interstate and foreign commerce prior to defendant's possession of the ammunition.

2. Before DARRYL COLLINS committed the offense charged in this count, he had final convictions for five violent felonies committed on occasions different from

one another, namely, a conviction in Case No. 06 CR 2820202 (Circuit Court of Cook County, Illinois), for aggravated vehicular hijacking, in violation of 720 ILCS 5/18-4(a)(4); a conviction in Case No. 06 CR 66131102 (Circuit Court of Cook County, Illinois), for aggravated vehicular hijacking, in violation of 720 ILCS 5/18-4(a)(4); a conviction in Case No. 06 CR 2820101 (Circuit Court of Cook County, Illinois), for home invasion, in violation of 720 ILCS 5/12-11(a)(3); a conviction in Case No. 06 CR 2820302 (Circuit Court of Cook County, Illinois), for armed robbery, in violation of 720 ILCS 5/18-2(a)(2); and a conviction in Case No. 08 CR 1120501 (Circuit Court of Cook County, Illinois), for aggravated battery against a peace officer, in violation of 720 ILCS 5/12-4(a).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

# FORFEITURE ALLEGATION

The SPECIAL MAY 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g) and 924(e), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to: one 9 millimeter expended cartridge casing of Federal Cartridge Co. ammunition, six 9 millimeter cartridges of Companhia Brasileira de Cartuchos ammunition, one 9 millimeter cartridge of Gustav Genschow & Co. ammunition, two 9 millimeter cartridges of CCI/Speer Operations ammunition, three 9 millimeter cartridges of Herter's Inc. ammunition, and a 9 millimeter P80 semi-automatic handgun and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Matthew Madden on behalf of the
UNITED STATES ATTORNEY