UNITED STATES OF AMERICA

                                                         Plaintiff,

v.                                                       Case No.: 1:20–cr–00394

                                                       Honorable John F. Kness

Darryl Collins

                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 6, 2022:

      MINUTE entry before the Honorable John F. Kness: Jury Trial held on 9/2/2022 and continued to 9/7/2022 at 09:00 AM (Courthouse closed on 9/5/2022 and 9/6/2022). Mailed notice (jk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.