UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 394 |
| v. | |
| DARRYL COLLINS | Honorable John F. Kness |

## SECOND SET OF STIPULATIONS

It is hereby STIPULATED and AGREED by and between the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant DARRYL COLLINS, individually and through his attorney, RICHARD KLING, as follows:

1. The lot of 8220 South Maryland is approximately 125 feet in length and approximately 31 feet in width.

STIPULATED AND AGREED THIS DATE: 8/30/22

JOHN R. LAUSCH, JR.
United States Attorney

BY: _Julia Schwartz_
JULIA K. SCHWARTZ
MATTHEW F. MADDEN
Assistant United States Attorneys

_Richard Kling_
RICHARD KLING
Counsel for Darryl Collins

_Darryl Collins_
DARRYL COLLINS
Defendant