20CR394
USA V. Collins

FILED SEP 07 2022 JUDGE JOHN F. KNESS UNITED STATES DISTRICT COURT

Your Honor, Before this verdict is read In this case, I would like to address the court concerning not only my Health issue that caused my Anxiety to spike. I have a noted condition for which I am prescribe medication, My Anxiety and Mental Health has been an issue all of my life and I would like to apologize if I caused any delays or disruption to the court.

Your Honor, In the Interest of Justice I would like to point out How the AUSA gave a Incorrect Interpretation of the district Court's Meaning of NO Definition of the term "Reasonable Doubt". The district court and the 7th circuit court of Appeals has said that "taken as a whole" The jury Instructions that were given In this case was confusing to the jury and their Question as to the meaning of "Reasonable Doubt" shows their Inability of determining there duty Sir I know that I'm not an attorney

No do I possess the legal Expertise to Argue whats Constitutionally Sound and Protected, By I Believe that to not fully explain to the jury in this case what the meaning of "Reasonable Doubt" Signifies as their duty as Jurors will cause a grave Injustice. I have tried to convey these concerns with my Attorney and wasn't taken Serious when I explain to him that my Constitutional Rights had been Violated, So Now I place myself at the Mercy of the Court, Asking that my Constitutional Protected Fourteenth Amendment Right to Due Process be Preserved and Protected so that a Miscarriage of Justice doesnt ensure. I believe that the explantion that was given was not only Misleading but in violation of My Constitutionally Protected Right to Due Process and ask that the jury Be provided with a clear definition or Be allowed To use the jury Instruction ~~must correct~~ to make their Finding The Court of Appeals For the 7th Circuit Clearly states that Jury Instruction

must convey to the jury what "Reasonable Doubt" means so that the Governments Burden wont be diminished. To Allow the jury to Render a verdict when they were not clear on the Meaning of such a Pivotal aspect of their duty will violate my Constitutional Right To Due Process. I ask that the Court Pull the jury to see which jurors have an understanding of what Reasonable Doubt means and their duty to find me Guilty beyond a Reasonable Doubt or to Find not Guilty